UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MOORE, | No. 2:16-cv-2268 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. TESLUK, et al., | |
| Defendants. | |

On September 29, 2017, the undersigned ordered defendant Nguyen to inform the court, within fourteen days, whether she wished to participate in a settlement conference with plaintiff at this time, or whether she wished to postpone the settlement conference to a later date. (ECF No. 47.) Fourteen days passed and defendant Nguyen failed to respond to the September 29, 2017 order. Accordingly, on October 23, 2017, the undersigned ordered defendant Nguyen to show cause why sanctions should not be imposed for her failure to respond to the September 29, 2017 order. (ECF No. 48.)

On October 23, 2017, defendant Nguyen filed a response to the show cause order. (ECF No. 50.) Defendant Nguyen separately filed a response to the September 29, 2017 order, stating that she preferred to postpone the settlement conference to a later date. (ECF No. 49.)

////

////

Good cause appearing, IT IS HEREBY ORDERED that the October 23, 2017 order to show cause (ECF No. 48) is vacated.

Dated: November 1, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mo2268.vac