UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MOORE, | No. 2: 16-cv-2268 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. TESLUK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2018, plaintiff filed a motion to compel addressed to defendants Tesluk, Nguyen and Fox. (ECF No. 68.) Defendants Tesluk and Nguyen filed oppositions to the motion to compel. (ECF Nos. 69, 71.) Defendant Fox did not respond to the motion to compel.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant Fox shall show cause why sanctions should not be imposed for his failure to respond to plaintiff's motion to compel.

Dated: February 22, 2018

Mo2268.osc(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1