UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. TESLUK, et al.,<br><br>　　　　　Defendants. | No. 2: 16-cv-2268 GEB KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2018, plaintiff filed a motion to compel addressed to all defendants. (ECF No. 68.) Defendants Tesluk and Nguyen filed oppositions. (ECF Nos. 69, 71.) Defendants Fox and Win did not respond to the motion to compel. Accordingly, on February 22, 2018, the undersigned ordered defendants Fox and Win to show cause why sanctions should not be imposed for their failure to respond to the motion to compel. (ECF No. 76.)

On March 5, 2018, defendants Fox and Win filed a response to the order to show cause and an opposition to the motion to compel. (ECF Nos. 78, 80.)

In the opposition, defendants Fox and Win address plaintiff's request for production of documents and interrogatories. In the motion to compel, plaintiff alleges that he also served defendants Fox and Win with requests for admissions.

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants Fox and Win shall file further briefing addressing whether they received a set of requests for admissions from plaintiff.

Dated: March 8, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mo2268.fb